**James Christopher VANDOLAH, Appellant,**

v.

**Linda SANDERS, Warden, FCI–Forrest City, Appellee.**

No. 07–3304.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 11, 2008.

Filed: Dec. 16, 2008.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Federal prisoner James VanDolah appeals the district court's [1] order dismissing his 28 U.S.C. § 2241 petition. Following de novo review, *see Hill v. Morrison*, 349 F.3d 1089, 1091 (8th Cir.2003), we conclude that the district court's decision was proper, and we decline to consider VanDolah's newly raised constitutional claims, *see Int'l Bhd. of Elec. Workers, Local Union No. 545 v. Hope Elec. Corp.*, 380 F.3d 1084,

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.

1096 (8th Cir.2004). Accordingly, we affirm. *See* 8th Cir. R. 47B.